AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DENNIS R. SPRAYBERRY, III,

        Plaintiff,

        v.

SPOKANE COUNTY JAIL, OZZIE KNEZOVICH, OFFICER SALSBURY and OFFICER VANATTA,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-282-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is dismissed without prejudice pursuant to the Court's Order filed on December 30, 2009, Ct. Rec. 15.

| | |
|---|---|
| December 30, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |